

100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

September 15, 2023

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

> Re: ***Township of Howell, Monmouth County, New Jersey v Axon Enterprise, Inc., et al***
> Civil Action No. 3:23-cv-07182(RK)(RLS)

Dear Judge Singh,

This firm, together with Jones Day, represents Defendant Axon Enterprise, Inc. ("Axon") in the above referenced action. Axon was served in this matter on August 29, 2023, and its deadline to respond to the Complaint is currently September 19, 2023. We respectfully request that the deadline to respond be extended to November 8, 2023. Plaintiff, through counsel, consents to this request. The parties have further agreed that once Axon files its response, unless otherwise ordered by the Court, the parties will confer on a proposed briefing schedule for submission to the Court.

Should the requested extension be acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. We appreciate the Court's attention to this matter, and remain available should Your Honor have any questions regarding same.

Respectfully submitted,

/s/ Liza M. Walsh

Liza M. Walsh

IT IS on this 18th day of September, 2023
SO ORDERED.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.