# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOWNSHIP OF HOWELL, MONMOUTH COUNTY, NEW JERSEY, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXON ENTERPRISE, INC.; and SAFARILAND, LLC,<br><br>Defendants. | Case No. 3:23-cv-7182-RK-RLS<br><br>**NOTICE OF MOTION AND REVISED MOTION FOR ORDER APPOINTING KELLIE LERNER, HEIDI SILTON, AND SHARON ROBERTSON AS INTERIM CO-LEAD COUNSEL AND MICHAEL D. FITZGERALD AS INTERIM LIAISON COUNSEL, AND FOR CONSOLIDATION**<br><br>Motion hearing: _____, 2023 at ____ |

Pursuant to Federal Rule of Civil Procedure 23(g)(3), Plaintiffs Township of Howell, Monmouth County, New Jersey and the Mayor and City Council of Baltimore (together, "Plaintiffs") hereby move to appoint Kellie Lerner, Heidi Silton, and Sharon Robertson as Interim Co-Lead Counsel and Michael D. Fitzgerald as Interim Liaison Counsel. Additionally, pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Rule 42.1, Plaintiffs hereby move to consolidate this case with the two other related cases pending before this Court (*Mayor and City Council of Baltimore v. Axon Enterprise, Inc.*, Case No. 23-cv-21156; *City of Augusta, Kennebec County, Maine v. Axon Enterprise, Inc.*, 23-cv-20897) and any other similar cases that may be filed in this District in the future. Counsel for Plaintiff

76810294.6

City of Augusta has informed Plaintiffs that the City of Augusta supports this motion. Defendants have informed Plaintiffs that they take no position on Plaintiffs' motion for appointment of Interim Co-Lead Counsel and consent to consolidation for all purposes.

This Revised Motion is based upon the arguments contained in the accompanying Memorandum of Law, the arguments of counsel, and all of the files, records, and proceedings herein.

76810294.6

Dated: October 25, 2023

*/s/ Kellie Lerner*
Kellie Lerner (NJ #018532003)
William V. Reiss (NY #4431177)
(*pro hac vice*)
Jonathan S. Edelman (DC #1719587)
(*pro hac vice*)
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
(212) 980-7400
klerner@robinskaplan.com
wreiss@robinskaplan.com
jedelman@robinskaplan.com

Heidi M. Silton (MN #025759X) (*pro hac vice*)
Jessica N. Servais (MN #0326744) (*pro hac vice*)
Joseph C. Bourne (MN #0389922) (*pro hac vice*)
Eura Chang (MN #0403526) (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
echang@locklaw.com

Sharon K. Robertson (NJ #030642006)
Christopher J. Bateman (NY #5323837) (*pro hac vice* forthcoming)
Jared A. Dummitt (NY #5723036) (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797

3

76810294.6

srobertson@cohenmilstein.com
cbateman@cohenmilstein.com
jdummitt@cohemmilstein.com

Daniel H. Silverman (MA #704387) (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
769 Centre Street | Suite 207
Boston, MA 02130
(617) 858-1990
dsilverman@cohenmilstein.com

Michael D. Fitzgerald (NJ#004391985)
**LAW OFFICES OF MICHAEL D. FITZGERALD**
1 Industrial Way West, Unit B
Eatontown, NJ 07724
(202) 349-1482
mdfitz@briellelaw.com

*Counsel for Plaintiff and the Proposed Class*

4

76810294.6