**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By: Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
(856) 795-3300
steven.haber@obermayer.com

*Attorneys for Defendant Safariland, LLC*

| | |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 3:23-cv-07182 (RK-RLS) |

# DEFENDANT SAFARILAND, LLC'S CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF JANA I. SEIDL

Pursuant to L. Civ. R. 101.1(c), Defendant Safariland, LLC, by and through its undersigned counsel, respectfully requests that this Court grant this unopposed Motion for Admission *Pro Hac Vice* of Jana I. Seidl. In support of its unopposed motion, Defendant relies upon the accompanying Certifications of Steven A. Haber and Jana I. Seidl. A proposed Order is submitted herewith. Counsel for Plaintiffs and Defendant consent to the Motion.

**WHEREFORE**, Defendant Safariland, LLC respectfully requests that this Court grant the admission *pro hac vice* of Jana I. Seidl.

2

                /s/ Steven A. Haber
Steven A. Haber (I.D. #03946-1988)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054
Tel. (856) 795-3300
Fax (856) 482-0504
Steven.Haber@Obermayer.com

*Attorneys for Defendant Safariland, LLC*

Dated: February 15, 2024

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By: Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
(856) 795-3300
steven.haber@obermayer.com

*Attorneys for Defendant Safariland, LLC*

|  |  |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 3:23-cv-07182 (RK-RLS) |

## CERTIFICATION OF STEVEN A. HABER IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF JANA I. SEIDL

I, Steven A. Haber, hereby certify as follows:

1. I am a Partner of the law firm Obermayer Rebmann Maxwell & Hippel LLP, located at 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5108.

2. I am an attorney licensed to practice in the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

3. I submit this Certification in support of the unopposed application by Defendant Safariland, LLC for an Order pursuant to L. Civ. R. 101.1(c) for

the admission *pro hac vice* of Jana I. Seidl, Esq., of BAKER BOTTS L.L.P., to appear in this action as co-counsel for Defendant Safariland, LLC.

4. Ms. Seidl is admitted to practice by the District of Columbia Bar, the Virginia State Bar, the U.S. Supreme Court, and the U.S. District Court for the Eastern District of Virginia. She is in good standing in those jurisdictions, no disciplinary proceedings are pending against her in any jurisdiction, and she has not been the subject of discipline in any jurisdiction in the past five years.

5. Pursuant to L. Civ. R. 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another member of the bar of this Court.

6. Pursuant to L. Civ. R. 101.1, I understand that I shall be held responsible for the conduct of the case and that I or another member of the bar of this Court shall be present before the Court during all phases of these proceedings, unless excused by the Court, and that I shall be held responsible for the conduct of the attorneys admitted *pro hac vice*.

7. On behalf of Defendant Safariland, LLC, I respectfully request that the Court grant the application to have Jana I. Seidl, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to L. Civ. R. 101.1(c).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                Respectfully submitted,

                                /s/ Steven A. Haber
                                Steven A. Haber (I.D. #03946-1988)
                                OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                1120 Route 73, Suite 420
                                Mt. Laurel, NJ 08054
                                Tel. (856) 795-3300
                                Fax (856) 482-0504
                                Steven.Haber@Obermayer.com

                                *Attorneys for Defendant Safariland, LLC*

Date:  February 15, 2024

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By: Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
(856) 795-3300
steven.haber@obermayer.com

*Attorneys for Defendant Safariland, LLC*

| | |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 3:23-cv-07182 (RK-RLS) |

# CERTIFICATION OF JANA I. SEIDL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1(c) of this Court, Jana I. Seidl respectfully requests admission *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Safariland, LLC in the above-styled cause only. In support of this motion, the undersigned states as follows.

1. Both myself and my firm have a relationship with Defendant Safariland, LLC and they have requested that I represent them in this action.

2. I am associated in this matter with Steven A. Haber of Obermayer Rebmann Maxwell & Hippel, who will act as New Jersey counsel, and who will receive all notices, orders, and pleadings, file all papers, enter all appearances for

1

parties, sign stipulations, and sign and receive payments on judgments, decrees, or orders, and otherwise ensure compliance with the requirements of L. Civ. R. 101.1.

3. I certify that I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state bar associations:

| Bar | Admission | Contact |
|---|---|---|
| District of Columbia Bar | 2016 | The District of Columbia Bar<br>901 4th Street NW<br>Washington, DC 20001 |
| Virginia State Bar | 2015 | Virginia State Bar<br>1111 East Main Street, Suite 700<br>Richmond, VA 23219-0026 |
| U.S. Supreme Court | 2021 | Clerk, Supreme Court of the U.S.<br>One First Street NE<br>Washington, DC 20543 |
| U.S. District Court for the Eastern District of Virginia | 2016 | U.S. District Court for the Eastern District of Virginia<br>Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square<br>Alexandria, VA 22314 |

4. I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I understand that, upon my admission *pro hac vice*, I will be within the disciplinary jurisdiction of this Court, and I agree to abide by the Rules of the United States District Court for the District of New Jersey.

      6.      I further agree to make a payment of $150.00 to the Clerk of the United States District Court, in accordance with Local Civil Rule 101.1(c)(3); to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; to arrange with the New Jersey Lawyers' Fund for Client Protection for payment of annual fee, in accordance with New Jersey Court Rule 1:28-2(a); to notify this Court promptly of the institution of any disciplinary proceedings against me in any jurisdiction; and to otherwise comply with the requirements of Local Civil Rule 101.1(c).

      7.      As required by Local Civil Rule 101.1(d), I will strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:  February 9, 2024 Respectfully submitted,

*/s/ Jana Seidl*

Jana I. Seidl
D.C. Bar No. 1035038
Baker Botts L.L.P.
700 K Street, NW
Washington, DC 20001
202-639-7855 (Office)
202-585-4066 (Facsimile)
jana.seidl@bakerbotts.com

4

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By: Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
(856) 795-3300
steven.haber@obermayer.com

*Attorneys for Defendant Safariland, LLC*

| | |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 3:23-cv-07182 (RK-RLS) |

## CERTIFICATE OF SERVICE

I, Steven A. Haber, Esquire, hereby certify that I electronically served a copy of Defendant Safariland, LLC's Unopposed Motion for Admission *Pro Hac Vice* of Jana I. Seidl to all counsel of record.

Dated:  February 15, 2024                            /s/ Steven A. Haber
                                                                           Steven A. Haber

1