# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | No. 3:23-cv-7182-RK-RLS<br><br>**FEDERAL TRADE COMMISSION'S NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE AS AMICUS CURIAE** |

**PLEASE TAKE NOTICE** that the Federal Trade Commission will move, on July 15, 2024, before the Honorable Magistrate Judge Rukhsanah L. Singh at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for the entry of an Order granting the Commission leave to file the attached amicus brief in response to the Motions to Dismiss filed by Defendants Axon Enterprise, Inc. and Safariland, LLC on May 18, 2024 (Dkts. 76, 78) and the reply briefs filed on May 20 and 21, 2024 (Dkts. 83, 85). No party opposes this motion. However, Defendants' consent to the relief sought herein does not reflect agreement with the substance of the proposed brief. Plaintiffs do not oppose affording Defendants an opportunity to respond to the Commission's proposed brief.

**PLEASE TAKE FURTHER NOTICE** that in support of this unopposed motion, the Commission will rely on the memorandum of law submitted herewith. A proposed order has also been submitted with this motion.

Dated: June 17, 2024                    Respectfully submitted,

FEDERAL TRADE COMMISSION

Anisha Dasgupta
*General Counsel, Federal Trade Commission*

Hannah Garden-Monheit
*Director, Office of Policy Planning*

Henry Liu
*Director, Bureau of Competition*


<u>s/ Katherine Van Dyck</u>
Katherine Van Dyck
Ian Barlow
Peggy Bayer Femenella
Mark Hoffman
Nathan Soderstrom
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 386-2652


*Counsel for Amicus Federal Trade Commission*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the Notice of Motion and accompanying documents were served electronically upon all Counsel of Record via the Court's ECF system on the 17th day of June, 2024.

/s/ *Katherine Van Dyck*
Katherine Van Dyck