# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | No. 3:23-cv-7182-RK-RLS <br><br> **[PROPOSED] ORDER GRANTING THE FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR LEAVE TO FILE AS AMICUS CURIAE** |

Upon consideration of the Federal Trade Commission's Unopposed Motion for Leave to File as Amicus Curiae, it is hereby **ORDERED** that the Commission's motion is **GRANTED**.

Entered this _____ day of _____, 2024

_____
Hon. Rukhsanah L. Singh
United States Magistrate Judge