

STEVEN A. HABER
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054
Member of NJ, PA, DC & TX Bars
www.obermayer.com
Steven.Haber@Obermayer.com

Direct Dial: 856-857-1422
P: 856-795-3300
F: 856-482-0504

July 1, 2024

The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street,
Trenton, New Jersey 08608

   RE: **In re Axon Vievu Antitrust Litigation**
      **Case No. 3:23-cv-7182-RK-RLS**

Dear Judge Singh:

  This firm, together with Baker Botts represent Defendant Safariland, LLC in the above-referenced matter.

  I write pursuant to L.Civ.R. 101.1(c)(5) to seek leave to withdraw the admission of Dorothea Allocca, who was admitted pro hac vice on February 28, 2024. I also request that Dorothea Allocca be removed from Electronic Notifications. Obermayer Rebmann Maxwell & Hippel, LLP and Baker Botts will continue to represent Safariland, LLC. If this meets with the Court's approval, I respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

  Thank you for your assistance.

              Respectfully,

              Steven A. Haber

cc: All counsel (via e-filing)

4854-4288-4813

Honorable Rukhsanah L. Singh, U.S.M.J.
June 18, 2024
Page 2

SO ORDERED that the *pro hac vice* admission of Dorothea Allocca is withdrawn. Dorothea Allocca shall be removed from the Court's Electronic Notifications.

_____   July 8, 2024.
Hon. Rukhsanah L. Singh, U.S.M.J.

4854-4288-4813