**MICHAEL D. FITZGERALD, ESQUIRE**
**1 Industrial Way West, Unit B**
**Eatontown, New Jersey 07724**
P.O. BOX 1067
OAKHURST, NEW JERSEY 07755
(202) 349-1482

November 10, 2024

Hon. Robert Kirsch, U.S.D.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re: Township of Howell, Monmouth County, New Jersey
      Vs: Axon Enterprise, Inc. and Safariland, LLC
      Case Number:      3:23-cv-7182-RK-RLS

Dear Judge Kirsch:

    Pursuant to L. Civ. R. 101.1(c)(5), William V. Reiss of the law firm Robins Kaplan LLP, hereby gives notice and respectfully requests leave of Court to withdraw his *pro hac vice* admission, granted by the Court on October 10, 2023. Mr. Reiss further requests that his name and email address be removed from the Court's Electronic Notifications on this case docket. Plaintiff will continue to be represented by the attorneys of record from Shinder Cantor Lerner LLP, Lockridge Grindal Nauen PLLP, and the Law Office of Michael D. Fitzgerald.

    As always, we thank the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                      /s/ *Michael D. Fitzgerald*

                                      MICHAEL D. FITZGERALD

MDF: gsg
Via ECF
cc:     All Counsel of Record (via ECF)

Hon. Robert Kirsch, U.S.D.J

SO ORDERED THAT the *pro hac vice* admission of William V. Reiss is withdrawn. William V. Reiss shall be removed from the Court's Electronic Notifications.

_____
Hon. Robert Kirsch, U.S.D.J