

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 28, 2025

**<u>VIA ECF</u>**
Honorable Robert Kirsch, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   **Re:**  *In re Axon VieVu Antitrust Litigation*
     **Case No. 3:23-cv-7182-RK-RLS**

Dear Judge Kirsch:

  This firm, along with Jones Day, represents Defendant Axon Enterprise, Inc. ("Axon") in the above-captioned matter. Pursuant to Your Honor's direction during the February 24, 2025 status conference, please find enclosed for the Court's consideration a proposed order extending Defendants' deadline to respond to Plaintiffs' forthcoming amended complaint. During the status conference, Defendants proposed April 18, 2025 as the deadline; however, in preparing the proposed Order, we realized that April 18 is Good Friday and the Court is closed.  Accordingly, to account for the Court's recess and the holiday weekend, Defendants request that the deadline be extended to April 25, 2025.

  If the proposed Order is acceptable to Your Honor, we respectfully request its entry. The Court's consideration is greatly appreciated.

       Respectfully submitted,

       *s/ Liza M. Walsh*

       Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF)