# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | Civil Action No. 3:23-cv-7182 (RK-RLS) <br><br> **ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on February 24, 2025; and Plaintiffs having indicated that they intend to file an Amended Complaint by March 17, 2025; and Defendants Axon Enterprise, Inc. and Safariland, LLC having requested an extension to respond to the forthcoming Amended Complaint; and for the reasons discussed on the record and for good cause shown;

**IT IS** on this 4th day of March, 2025,

**ORDERED** that the deadline for Defendants to respond to Plaintiffs' forthcoming amended complaint is April 25, 2025.

_____
Honorable Robert Kirsch, U.S.D.J.