UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | No. 3:23-CV-7182-RK-RLS <br><br> **PLAINTIFF TOWNSHIP OF HOWELL'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**PLAINTIFF TOWNSHIP OF HOWELL'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Township of Howell, Monmouth County, New Jersey ("Township of Howell"), hereby gives notice of voluntary dismissal of its claims in this action. Neither Defendant Axon Enterprise, Inc. nor Defendant Safariland, LLC, have served an answer or motion for summary judgment in this action. Accordingly, Plaintiff Township of Howell voluntarily dismisses its claims without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

April 8, 2025

Respectfully submitted,

/s/ Michael D. Fitzgerald
Michael D. Fitzgerald (NJ #004391985)
**LAW OFFICES OF MICHAEL D. FITZGERALD**
1 Industrial Way West, Unit B
Eatontown, NJ 07724
(202) 349-1482
mdfitz@briellelaw.com
*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

Kellie Lerner (NJ #018532003)
Tyler Ross (NY #6051866) (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Pennsylvania Plaza, 19th Floor

**SO ORDERED**

Robert Kirsch, U.S.D.J.
Date: 4/9/25

1

New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
tross@scl-llp.com

Heidi M. Silton (MN #025759X) (*pro hac vice*)
Jessica N. Servais (MN #0326744) (*pro hac vice*)
Joseph C. Bourne (MN #0389922) (*pro hac vice*)
Antonia M. Konkoly (MN #0504377) (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
amkonkoly@locklaw.com

Sharon K. Robertson (NJ #030642006)
Christopher J. Bateman (NY #5323837) (*pro hac vice*)
Jared A. Dummitt (NY #5723036) (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
srobertson@cohenmilstein.com
cbateman@cohenmilstein.com
jdummitt@cohenmilstein.com

Daniel H. Silverman (MA #704387) (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
769 Centre Street | Suite 207
Boston, MA 02130
(617) 858-1990
dsilverman@cohenmilstein.com

Laura K. Follansbee (DC #1782046) (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**

1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
lfollansbee@cohenmilstein.com

***Interim Co-Lead Counsel for Plaintiffs and the Proposed Class***