**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

January 6, 2026

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

Re: *In Re Axon Vievu Antitrust Litigation,* Case No.: 3:23-cv-07182 (RK-RLS)

Dear Judge Singh:

This firm, together with Jones Day, represents Defendant Axon Enterprise, Inc. ("Axon") in the above-referenced matter. We write on behalf of Axon to respectfully request an extension of the deadline until January 27, 2026 to file a motion to seal the Joint Letter and associated exhibits filed on December 23, 2025 (D.E. 175). The motion to seal is currently due on January 6, 2025.

Given the volume of the submissions and the holidays, Axon requests this additional time to prepare and review the motion to seal papers and to discuss with Plaintiffs. We have consulted with counsel for Plaintiffs, and they consent to this request. If this proposal meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO-ORDERED:

_____
Hon. Rukhsanah L. Singh, U.S.M.J.