

**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

January 27, 2026

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

Re:   *In Re Axon Vievu Antitrust Litigation,* Case No.: 3:23-cv-07182 (RK-RLS)

Dear Judge Singh:

This firm, together with Jones Day, represents Defendant Axon Enterprise, Inc. ("Axon") in the above-referenced matter.

We write to respectfully request that the Court unseal the parties' Joint Letter, dated December 23, 2025 ("Letter") (D.E. 175). The Letter and Exhibits A-D attached thereto were filed under seal out of an abundance of caution in order to allow Axon to confirm whether the submission contained Axon's confidential information. However, we have confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement directing the Clerk to unseal D.E. 175. Thank you for Your Honor's continued attention to and assistance in this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF and Email)

SO ORDERED:

_____
Hon. Rukhsanah L. Singh, U.S.M.J.