**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *IN RE AXON VIEVU ANTITRUST LITIGATION* | No. 3:23-cv-7182-RK-RLS |
| | **JOINT PROPOSED AGENDA FOR MAY 11, 2026 CASE MANAGEMENT CONFERENCE** |

Plaintiffs and Defendants (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly submit the below Proposed Agenda Items for the forthcoming Case Management Conference, set before Magistrate Judge Rukhsanah L. Singh on May 11, 2026 at 2:00 p.m. EDT.

**PROPOSED AGENDA ITEM**

In the event the Court would find it productive to meet to discuss Plaintiffs' April 28, 2026 Letter to the Court (ECF No. 203)—or any other issue relevant to this case—the parties are available to attend the scheduled conference on May 11. Otherwise, the parties agree that, at present, there are no other ripe issues requiring the Court's attention or resolution, and accordingly jointly and respectfully request that the conference be cancelled.

In the event any issues currently under discussion between the Parties ripen between the date of this filing and the next scheduled Case Management Conference set for July 13, 2026, the Parties will timely notify the Court of the same.

Respectfully submitted,                                    Dated: May 6, 2026

*/s/ Liza M. Walsh*                                       */s/ Michael D. Fitzgerald*
Liza M. Walsh                                            Michael D. Fitzgerald (NJ #004391985)
Katelyn O'Reilly                                         **LAW OFFICES OF MICHAEL D.**
Eric S. Padilla                                          **FITZGERALD**
**WALSH PIZZI O'REILLY FALANGA**                         1 Industrial Way West, Unit B
**LLP**                                                  Eatontown, NJ 07724

1

Three Gateway Center
100 Mulberry Street
15th Floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
koreilly@walsh.law
epadilla@walsh.law

Julie E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: (202) 879-3939
jmcevoy@jonesday.com

Aaron M. Healey
**JONES DAY**
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
ahealey@jonesday.com

Pamela B. Petersen (*pro hac vice*)
Gayathiri Shanmuganatha (*pro hac vice*)
**AXON ENTERPRISE, INC.**
17800 N. 85th Street
Scottsdale, Arizona 85255
Tel: (623) 326-6016
pppetersen@axon.com
gshanmuganatha@axon.com

*Counsel for Defendant Axon Enterprise, Inc.*

/s/ Steven A. Haber
Steven A. Haber, Esq.
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054
(856) 857-1422
steven.haber@obermayer.com

(202) 349-1482
mdfitz@briellelaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

Kellie Lerner (NJ #018532003)
Tyler Ross (NY #6051866) (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Pennsylvania Plaza, 19th Floor
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
tross@scl-llp.com

Heidi M. Silton (MN #025759X) (*pro hac vice*)
Jessica N. Servais (MN #0326744) (*pro hac vice*)
Joseph C. Bourne (MN #0389922) (*pro hac vice*)
Antonia M. Konkoly (MN #0504377) (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
amkonkoly@locklaw.com

Sharon K. Robertson (NJ #030642006)
Christopher J. Bateman (NY #5323837) (*pro hac vice*)
Jared A. Dummitt (NY #5723036) (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
srobertson@cohenmilstein.com
cbateman@cohenmilstein.com
jdummitt@cohenmilstein.com

2

James G. Kress (*pro hac vice*)
Paul C. Cuomo (*pro hac vice*)
Andrew L. Lucarelli (*pro hac vice*)
**BAKER BOTTS L.L.P.**
700 K Street, NW
Washington, DC 20001
(202) 639-7700
james.kress@bakerbotts.com
paul.cuomo@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Counsel for Defendant Safariland, LLC*

Daniel H. Silverman (MA #704387) (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
769 Centre Street | Suite 207
Boston, MA 02130
(617) 858-1990
dsilverman@cohenmilstein.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*